# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JOSE RAMIREZ

(Name and Address of Defendant)

FILED
5-6-08
MAY X 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE NOLAN

**CRIMINAL COMPLAINT**

CASE NUMBER: **08CR 356**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 19, 2007__ in __Kane__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ■ Yes   ___ No

Signature of Complainant
**Larry L. Lapp**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 6, 2008                                                              at    Chicago, Illinois
Date                                                                                  City and State

Nan R. Nolan, United States Magistrate Judge                                      Nan R. Nolan
Name & Title of Judicial Officer                                                  Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )  ss
COUNTY OF COOK       )

<u>A F F I D A V I T</u>

I, LARRY L. LAPP, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for over eight years. I am currently assigned to the Chicago FBI's West Resident Agency in Lisle, Illinois, where I investigate violent crimes, and I am familiar with fugitive investigations. The information contained in this affidavit was provided to me by Aurora Police Department ("APD") Detective Matt Thomas, unless otherwise indicated.

2. On April 24, 1995 at approximately 1:40 a.m., APD responded to a shots fired call near the intersection of Liberty and Beach Streets in Aurora, Illinois. When APD Officers arrived on the scene, they discovered two Hispanic males, ROGELIO HERNANDEZ and SERGIO VALDEZ, lying on the street with obvious gun shot wounds. Both victims were transported to the nearest hospital where ROGELIO HERNANDEZ was pronounced dead in the emergency room.

3. On June 19, 2007, the Circuit Court of Kane County, Illinois, issued an arrest warrant for JOSE RAMIREZ, for the charge of First Degree Murder, a felony. A copy of the arrest warrant is attached to this affidavit.

4. All efforts by investigators to locate RAMIREZ since the arrest warrant was issued have been fruitless. All known addresses for RAMIREZ have been checked with negative results.

During the course of the Aurora Police Department investigation, interviews conducted of other gang members indicated that it is common knowledge in the Latin King community that RAMIREZ fled to Mexico subsequent to the murder. According to an Aurora Police Department Confidential Informant (CI), RAMIREZ fled to an unknown location in Mexico to avoid arrest on this matter. The CI further advised that RAMIREZ only resided in the United States for a short time, committed the murder and left the United States for Mexico. This CI previously provided reliable information on several unrelated "cold case" homicide investigations. The CI did not receive compensation for any information related to the instant investigation or other unrelated investigations.

     5. Based on the information contained in this affidavit, I believe JOSE RAMIREZ fled the State of Illinois to avoid prosecution for First Degree Murder.

     6. The Kane County State's Attorney will extradite RAMIREZ when he is apprehended.

LARRY L. LAPP
Special Agent
Federal Bureau of Investigation

Subscribed to and Sworn before
me this 6th day of May, 2008

Nan R. Nolan
United States Magistrate Judge

THE PEOPLE OF THE STATE OF ILLINOIS
Plaintiff
vs.

DEFENDANT (LAST) (FIRST) (MIDDLE)
NAME: RAMIREZ, JOSE A
ADDRESS: 545 SPRING ST
AURORA, IL 60505

DOB: 8/27/1977

PHYSICAL DESCRIPTION
RACE: HISP SEX: M HT: 506
WT: 130 HAIR: BRN EYES: BRN

COMPLAINANT
NAME: KANE COUNTY GRAND JURY

ALLEGED OFFENSE: CHAPTER-SEC:
1-3. FIRST DEGREE MURDER 720 5/9-1(a)(1)
Class M (2 Counts)
4-5. FIRST DEGREE MURDER 720 5/9-1(a)(2)
Class M (2 Counts)

DATE OF OFFENSE: 4/24/1995
DATE OF ISSUE: June 19, 2007
AMOUNT OF BAIL: $ Three Million 10% to Apply

NEXT COURT DATE: Forthwith/CWR
COURT LOCATION: Kane County Judicial Center
37 W. 777 Rt. 38 St Charles Il 60175
Room 311

ISSUING POLICE AGENCY: AURORA POLICE DEPT
POLICE REPORT NO. 95-

Return of Service
I have executed this warrant by arresting the within named defendant on the day and time indicated below.
Officer:
Badge #:
Police Agency:
Date Served:
Time Served:

GEN NO:
Arrest Card DCN

0999

IN THE CIRCUIT COURT FOR
KANE COUNTY ILLINOIS
16TH SEVENTEENTH
JUDICIAL CIRCUIT

# WARRANT

TO ALL PEACE OFFICERS IN THE
STATE OF ILLINOIS - GREETINGS:

You are hereby commanded to arrest the defendant designated herein and bring said person without unnecessary delay before the undersigned Judge of the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, in the Courtroom and in the City or Village designated herein, or if I am absent or unable to act, before the nearest or most accessible Court in said County, to answer a charge made against said person in violation of Illinois Compiled Statutes as set forth.
You are hereby directed to hold said person to bail in the amount set forth herein.

FBI 9828D0XA3
TAT RARM '27 78
Hx Homicide 8-10-77
Gonzalez, Carlos
Ramirez Soto, Jose J
Reyes, Baldomero

(X) Probable Cause Found

LASH: W07N2334

Judge

Authorizing ASA: NP    Prepared by: JLL

FEES
SERVICE - RETURN.......$
MILEAGE................$
MISC. FEES.............$
TOTAL FEES.............$

ORIGINAL - Clerk (after service)
GREEN - Clerk          COURT INFORMATION
CANARY - Police Department
PINK - Defendant          DATE:
GOLDEN ROD - Judge

LOCATION: