Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 356 - 1 | **DATE** | 05/06/08 |
| **CASE TITLE** | USA vs. Jose Ramirez | | |

**DOCKET ENTRY TEXT**

Warrant of Arrest to issue as to Jose Ramirez.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|